**Ahmed Mohammed AJAJ, Appellant,**

v.

**COMMUNICATIONS DATA SER-VICES, INC.; United States of America; Malcolm Netburn; Michael Atwood; Karla Butler; Harley Lappin; Federal Bureau of Prisons; John Doe, #1; John Doe, #2; John Doe, #3; John Doe, #4, Appellees.**

No. 11–1090.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 3, 2011.

Filed: Aug. 8, 2011.

Ahmed Mohammed Ajaj, Marion, IL, pro se.

Matthew Roger Eslick, Michael William Thrall, Nyemaster & Goode, Gary L. Hayward, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Appellees.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Ahmed Ajaj appeals the district court's [1] order dismissing his civil rights action, in part without prejudice. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons the district court stated. *See* 8th Cir. R. 47B. We further conclude that the district court did not abuse its discretion in declining to appoint Ajaj counsel. *See Davis v. Scott,* 94 F.3d 444, 447 (8th Cir.1996). Accordingly, we affirm the judgment and deny as moot Ajaj's pending motions.

---

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.